**Opinion issued August 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-25-00289-CV**

_____

**IN RE ESTATE OF AUDREY BANKS, DECEASED**

**On Appeal from Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 470699-401**

**MEMORANDUM OPINION**

Appellant Alma Banks Brown filed a notice of appeal from the trial court's August 27, 2024 Order Denying Bill of Review.

Appellant's brief was originally due on March 24, 2025. On March 25, 2025, Appellant's first motion for extension of time was granted, making her brief due on April 23, 2025. Appellant failed to file her appellate brief by the deadline.

On May 8, 2025, the Clerk of this Court issued a notice informing Appellant that her brief was past due and that her appeal was subject to dismissal if she did not file her brief and a motion requesting an extension to file her brief within 10 days of our notice. On May 9, 2025, Appellant filed a second motion for extension of time to file her brief. We granted, in part, Appellant's second motion for extension, making her brief due on June 9, 2025. The order noted that no further extensions would be granted absent extraordinary circumstances and that failure to file the brief by the stated deadline may result in dismissal of the appeal for lack of prosecution.

Appellant failed to file her brief by the June 9 deadline. On June 17, 2025, and again on June 30, 2025, the Clerk of this Court issued notices informing Appellant that her brief was past due and that her appeal was subject to dismissal. Appellant did not file a brief.

On July 9, 2025, Appellant filed a third motion for extension of time, seeking an extension of sixty days to file her brief. We granted, in part, Appellant's third motion for extension, making her brief due on August 18, 2025. We informed Appellant that it was her last extension, and no further extensions would be granted. We also warned Appellant: "This appeal may be dismissed for want of prosecution, without further notice, if Appellant does not file her brief by August 18, 2025." To date, Appellant has not filed her brief or otherwise responded to the order.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary

dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of appeal for failure to comply with court order). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.